447 A.2d 645

Commonwealth v. Wilson, Appellant.

Argued February 19, 1981.
William P. James, for appellant; Michelle Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.